** WORKERS' COMPENSATION — STATE INSURANCE FUND ** THE STATE INSURANCE FUND MAY, IN ITS DISCRETION, CARRY WORKMEN'S COMPENSATION INSURANCE ON THOSE EMPLOYEES SPECIFICALLY ENUMERATED WITHIN THIS OPINION, BUT IF IT ELECTS TO COVER THOSE EMPLOYEES, SUCH COVERAGE MUST BE SECURED WITH THE STATE INSURANCE FUND. (HAZARDOUS EMPLOYMENT, CLASSIFICATION, STATE EMPLOYEES) CITE: 85 O.S. 131 [85-131], 85 O.S. 2 [85-2](B), 85 O.S. 149 [85-149] (CHARLES L. OWENS)